UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN WENTWORTH, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHASE, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 21-CV-730 JLS (AGS)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

　　　Presently before the Court is Plaintiff Dawn Wentworth's Complaint (ECF No. 1) against Defendant Chase, Inc.  The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

　　　**IT IS SO ORDERED.**

Dated:  October 5, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge